JOHN WANAMAKER, NEW YORK, INC., Respondent, *v.* OTIS ELEVATOR COMPANY, Appellant. (Action No. 3.)

*Wanamaker, New York, Inc.,* v. *Otis Elevator Co.,* 187 App. Div. 956; 188 App. Div. 978, affirmed.

(Argued January 20, 1920; decided February 24, 1920.)

APPEAL, by permission, from two judgments of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1919, and June 12, 1919, respectively, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action is to recover from the defendant the moneys paid by the plaintiff in the settlements of certain actions brought against it by persons who had sustained injuries occasioned by the fall of one of its passenger elevators in its department store in New York city. It was alleged that the elevator fell solely because of negligent and faulty construction thereof by defendant.

*Charles A. Boston* and *John Guyton Boston* for appellant.
*Frank Verner Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.